IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

RODNEY T. FISHER, )
 )
        Petitioner, )
 )
v. ) Case No. CIV 11-155-RAW-KEW
 )
ANITA TRAMMELL, Warden, )
 )
        Respondent. )

FILED
FEB - 9 2012
WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By_____ Deputy Clerk

**OPINION AND ORDER
DENYING CERTIFICATE OF APPEALABILITY**

On this date the court dismissed petitioner's petition for a writ of habeas corpus as barred by the statute of limitations. After careful review of the record, the court concludes petitioner has not shown "at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether [this] court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). *See also* 28 U.S.C. § 2253(c).

Accordingly, petitioner is denied a certificate of appealability.

**IT IS SO ORDERED** this 9th day of February 2012.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE