# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

FILED

FEB - 9 2012

WIL... GUTHRIE
Cl... ... ... Court
By......................
Deputy Clerk

RODNEY T. FISHER,       )
                        )
          Petitioner,   )
                        )
v.                      )          Case No. CIV 11-155-RAW-KEW
                        )
ANITA TRAMMELL, Warden, )
                        )
          Respondent.   )

## OPINION AND ORDER
## DENYING CERTIFICATE OF APPEALABILITY

On this date the court dismissed petitioner's petition for a writ of habeas corpus as barred by the statute of limitations. After careful review of the record, the court concludes petitioner has not shown "at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether [this] court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). *See also* 28 U.S.C. § 2253(c).

Accordingly, petitioner is denied a certificate of appealability.

**IT IS SO ORDERED** this ___9th___ day of February 2012.


                                   RONALD A. WHITE
                                   UNITED STATES DISTRICT JUDGE